*Friday, May 23, 1997*

## MOTION DOCKET

**96–1886.   Toledo v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 95–1140–EL–COI and 95–299–EL–AIR.   This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.   Upon consideration of the joint motion for a stay of proceedings by city of Toledo and intervening appellees, Cleveland Electric Illuminating Company and Toledo Edison Company,
   IT IS ORDERED by the court that the motion for a stay of proceedings be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**97–589.   State ex rel. Lucas v. Friends Boarding Home.**
Franklin App. No. 96APD04–477.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, May 28, 1997*

## MERIT DOCKET

**97–336.   State ex rel. Kouzelos v. State.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–477.   State ex rel. Kline v. Crow.**
In Mandamus.   On motion to dismiss of Jack Dennin, motion to dismiss of Frederick W. Crow III, and motion to strike motion to dismiss of Frederick Crow.   Motions to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
   LUNDBERG STRATTON, J., dissents, would grant the writ of mandamus, and would order the return of the tapes.

**97–531.   State ex rel. Edgington v. Fourth Appellate Dist. Court.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–559.   State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–575.   Dewey v. Ghee.**
On motion for temporary restraining order and on motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–582.   State ex rel. Isreal v. Rosmarin.**
In Mandamus.   On motion for judicial notice and on motion to dismiss or for judgment on the pleadings.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.